```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GILBERT TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>GILBERT TORRES<br><br>    *Defendant*. | No. 1:01-cr-05230 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>Date:  March 27, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Gilbert Torres, that the date for status conference in this matter may be continued to March 27, 2006.  **The date currently set for status conference is March 6, 2006.  The requested new date is March 27, 2006.**

    The reason for the requested continuance is to allow additional time for defense investigation and plea negotiations in an effort to reach a negotiated settlement of this matter.

    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///

///

///

1 effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

McGREGOR W. SCOTT
United States Attorney

DATED: March 2, 2006    By  /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: March 2, 2006    By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Gilbert Torres

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    March 3, 2006**            /s/ **Anthony W. Ishii**
0m8i78                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference         2